UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 24-mj-317 |
| ZACHARY KAM, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding Certain Officers) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 24, 2024, within the District of Columbia, **ZACHARY KAM** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer L.I., an officer from the United States Park Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about July 24, 2024, within the District of Columbia, **ZACHARY KAM** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the

uniformed services), that is, Officer J.R., an officer from the United States Park Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.